SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JENNIFER L. NASSIRI, Cal Bar No. 209796
jnassiri@sheppardmullin.com
PAUL BERKOWITZ, Cal. Bar No. 251077
pberkowitz@sheppardmullin.com
GIANNA SEGRETTI, Cal. Bar No. 323645
gsegretti@sheppardmullin.com
ALEXANDRIA G. LATTNER, Cal. Bar No. 314855
alattner@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701

Attorneys for Plaintiff
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>STARKEISHA SHARNAY JESTER,<br><br>Debtor. | Case No. 6:23-bk-13579-MH<br><br>Chapter 7<br><br>Adv. No. 6:24-ap-01014-MH |
| UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>STARKEISHA SHARNAY JESTER,<br><br>Defendant. | **JOINT STIPULATION OF DISMISSAL**<br><br>Judge:    Mark D. Houle |

-1-

SMRH:4937-5207-8100.2                                                                                       STIPULATION

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

Plaintiff University of Southern California ("Plaintiff" or "USC") and Defendant Starkeisha Sharnay Jester ("Defendant" or "Jester," and together with USC, the "Parties") file their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a) made applicable by Federal Rule of Bankruptcy Procedures 7041 (this "Stipulation") dismissing the above-captioned Adversary Proceeding No. 24-ap-01014-MH ("Adversary Proceeding"), as set forth below:

1. On February 15, 2024, Plaintiff initiated this Adversary Proceeding by filing its *Complaint for: (1) Non-Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(3)(B) and 523(a)(4); and (2) Non-Dischargeability of Debt Pursuant to 11 U.S.C. §§ 512(a)(3)(B) and 523(a)(6)* as Docket No. 1.

2. On March 25, 2024, Defendant filed *Defendant Starkeisha Sharnay Jester's Answer to Complaint for (i) Non-Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(3)(B; and; (2) Non-Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(3)(B) and 523(a)(6)* as Docket No. 10.

3. USC has reached a settlement agreement with Larry D. Simons, in his capacity as Chapter 7 Trustee for Jester's chapter 7 bankruptcy case, Case Number 23-13579-MH (the "Chapter 7 Case"), which settlement resolves claims that Jester may have or has against USC, any claims USC may have had or has against Jester, and in turn, resolves this Adversary Proceeding. The settlement agreement was approved by the Court on January 22, 2025, as Docket Number 36 in Jester's Chapter 7 Case.

4. This Adversary Proceeding is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1 or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed.

6. This Adversary Proceeding is not governed by any federal statute that requires a court order for dismissal of the Adversary Proceeding.

7. The Parties stipulate that this Adversary Proceeding is hereby dismissed with prejudice and without costs or fees. Each Party will bear her/its own costs.

Dated: March 21, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Alexandria G. Lattner
JENNIFER L. NASSIRI
ALEXANDRIA G. LATTNER

Attorneys for Plaintiff
UNIVERSITY OF SOUTHERN CALIFORNIA

Dated: February 18, 2025

LAW OFFICES OF MICHAEL JAY BERGER

By  MICHAEL JAY BERGER

Attorneys for Defendant
STARKEISHA SHARNAY JESTER

-3-

SMRH:4937-5207-8100.2    STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
650 Town Center Drive, 10th Floor, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STIPULATION OF DISMISSAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 21, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven A Alpert**   enotice@pricelawgroup.com, alpert@pricelawgroup.com;r43354@notify.bestcase.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Alexandria Lattner**   alattner@sheppardmullin.com, ehwalters@sheppardmullin.com
- **Jennifer L Nassiri**   JNassiri@sheppardmullin.com, xmaurice@sheppardmullin.com
- **Larry D Simons (TR)**   larry@janus.law, c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 21, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Defendant** | The Honorable Mark D. Houle |
|---|---|
| Starkeisha Sharnay Jester | U.S. Bankruptcy Court -Central District of CA |
| 2792 Genevieve Street | 3420 Twelfth Street, Suite 325 / Courtroom 301 |
| San Bernardino, CA 92405 | Riverside, CA 92501-3819 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 21, 2025 | | /s/Alexandria Lattner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**